# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE: DOUGLAS & APRIL MITTS | CASE NO. 4:10-13189 |
| DEBTORS | CHAPTER 13 |

## ORDER OF DISMISSAL OF CO-DEBTOR

Comes now before the Court, the Co-Debtor's Motion to Dismiss. The Court finds as follows:

    The Co-debtor's Motion to Dismiss is granted. The co-debtor, April Mitts, is dismissed from the case without prejudice.

IT IS SO ORDERED

*Audrey R Evans*
Audrey R. Evans
United States Bankruptcy Judge
Dated: 06/23/2011

CC: Attorney for Debtor(s)
    Debtor(s)
    Trustee
    US Trustee
    All parties per matrix

Entered On Docket: 06/23/2011