IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE:    DOUGLAS MITTS                                CASE NO. 4:10-13189
          DEBTOR                                       CHAPTER 13

MODIFICATION OF CHAPTER 13 PLAN

Comes Now the Debtor by and through his attorney, Kent Pray, and for his Modification of Chapter 13 Plan states:

1. Payments shall be made in the sum of $662.00 monthly. The debtor is paid weekly. This modification decreases the affect of the amount of the plan payment. (Schedules I & J are attached)

2. The plan length from the date of filing shall be 60 months. This modification does not affect the length of the plan.

3. Unsecured creditors -treatment shall remain the same.

4. The following changes are to be made to each creditor as set out below:

| **Creditor** | **Change in treatment/classification** |
|---|---|
| Arkansas Federal Credit Union | The co-debtor April Mitts has been dismissed from the case. AFCU is not an obligation of the debtor, Douglas Mitts, and the Trustee shall make no further payments to said creditor. |
| Midland Credit Management, Claim # 1-1 & 1-3 | Not an obligation of the debtor and no payments shall be made on the claims. |
| Atlas Acquisitions, #Claim 8-1 | Not an obligation of the debtor and no payments shall be made on the claim. |

5.  Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

6.  All other provisions as set forth in the last confirmed plan shall remain the same.

7.  Debtor will pay all disposable income to the Trustee into the plan as required by the Bankruptcy Code.

Date: June 24, 2011

                                                    Respectfully Submitted

\s\ John Jackson
_____
Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
John O. Jackson, Bar No. 2002213
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE:     DOUGLAS MITTS            CASE NO. 4:10-13189
              DEBTOR                             CHAPTER 13

NOTICE OF OPPORTUNITY TO OBJECT
TO AMENDED PLAN

      You are hereby notified that the debtor has filed the attached modification to the plan pursuant to 11 U. S. C. Sec. 1329 and Rule 2002(b) of the Rules of Bankruptcy Procedure. Objections to Confirmation of the Plan as Modified must be filed in writing within twenty-one (21) days from the date of this notice, with the U.S. Bankruptcy Court, 300 W. 2nd St., Little Rock, Arkansas, 72201, with copies to the attorney for debtor and Mark T. McCarty, Trustee, P.O. Box 5006, North Little Rock, AR 72119.

      If objections to the plan are filed, they will be set for a hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

                                                Kent Pray, Bar No. 91228
                                                Christian W. Frank, Bar No. 01219
                                                John O. Jackson, Bar No. 2002213
                                                Attorneys for Debtor(s)
                                                PRAY LAW FIRM, P.A.
                                                P. O. Box 94224
                                                N. Little Rock, AR 72190
                                                (501) 771-7733

                                                \s\ John Jackson
                                                _____

                                                Date: June 24, 2011

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to the following:

Mark T. McCarty, Trustee
P.O. Box 5006
North Little Rock, AR 72119

Douglas Mitts
7027 Beverly St.
Jacksonville, AR 72076

Legal Division
Employment Security Div.
P. O. Box 2981
Little Rock, AR 72203

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

U. S. Attorney
Eastern District
P. O. Box 1229
Little Rock, AR  72203

Legal Division
Dept. of Finance & Admin.
P.O. Box 1272
Little Rock, AR 72203

and to all creditors whose names and addresses are set forth below:

Arkansas Federal Credit Union
PO Box 9
Jacksonville AR 72078-0009

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Atlas Acquisitions, LLC
294 Union St.
Hackensack, NJ 07601

Dated: June 24, 2011

\s\ John Jackson

_____
Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
John O. Jackson, Bar No. 2002213
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR 72190
(501) 771-7733