UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:     DOUGLAS LLOYD MITTS     NO. 4:10-bk-13189
CHAPTER 13

GREEN TREE SERVICING, LLC     PLAINTIFF

v.

DOUGLAS LLOYD MITTS     DEFENDANT

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES Green Tree Servicing LLC ("Green Tree") by and through its undersigned attorneys and for its Motion for Relief from the Automatic Stay, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. The Debtor filed his Petition under Chapter 13 of the United States Bankruptcy Code on or about April 30, 2010.

2. Green Tree is the loan servicer of a secured creditor of the Debtor pursuant to a Manufactured Home Retail Installment Contract.

3. The Contract grants Bombardier Capital Inc. a security interest in a 1999 Cavalier, 80 x 16, Manufactured Home, Serial No. ALCA1298680850616. The security interest has been duly perfected pursuant to an Arkansas Certificate of Title.

4. The Debtor's confirmed Plan proposes payments direct to Green Tree. The account is in default, due and owing for the August 10, 2011 payment to date. The payment default is cause sufficient for relief from the automatic stay.

WHEREFORE, Green Tree Servicing LLC prays for relief from the automatic stay so that Green Tree may pursue its usual state law remedies as to its collateral; and for any relief which is just and equitable.

          Respectfully submitted,

          EICHENBAUM, LILES & HEISTER, P.A.
          124 West Capitol Avenue, Suite 1900
          Little Rock, AR 72201-3736
          (501) 376-4531/(501) 376-8433 (fax)

          By:   /s/ Martha Jett McAlister
                 Martha Jett McAlister
                 Ark. Bar No. 88133
          ATTORNEYS FOR GREEN TREE SERVICING, LLC

## CERTIFICATE OF SERVICE

I, Martha Jett McAlister, do hereby certify that a copy of the foregoing pleading has been duly served upon **Joyce Bradlye Babin, Trustee**, P.O. Box 8064, Little Rock, AR 72203 and **John O. Jackson,** PRAY LAW FIRM, P.O. Box 94224, North Little Rock, AR 72190 by the Bankruptcy Clerk's Office through the Electronic Case Filing system on October 24, 2011.

          /s/ Martha Jett McAlister
          Martha Jett McAlister